## File Hashes for IP Address 68.83.163.40

**ISP:** Comcast Cable
**Physical Location:** Elkins Park, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/14/2015 05:09:00 | 792B26F98C0273ED955BD49DF00A8B39669E15FC | Manny |

**Total Statutory Claims Against Defendant: 1**

EXHIBIT A

EPA508